**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02457-CMA-MEH

VIKING INSURANCE COMPANY OF WISCONSIN, a Wisconsin corporation,

    Plaintiff,

v.

JODY MORRIS, an individual,
HEATHER PARMLEY, an individual,
JENNIFER MORSE, an individual, and
CINDY CAROTHERS, an individual,

    Defendants.

## ORDER REASSIGNING MAGISTRATE JUDGE

This matter is before the Court *sua sponte*. By Order of Reassignment (Doc. # 6), this case was reassigned to the undersigned judge due to its similarity to a related case on this Court's docket. It is hereby

ORDERED that the Clerk of the Court shall reassign this case from Magistrate Judge Michael E. Hegarty to **Magistrate Judge Michael J. Watanabe**. All future filings in this action shall be docketed under Civil Action No. 09-cv-02457-CMA-MJW.

    DATED: November __5__, 2009

                                    BY THE COURT:

                                    */s/ Christine M. Arguello*
                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge